1 PAUL M. BRENT ESQ. - SBN 125976         (SPACE BELOW FOR FILING STAMP ONLY)
  STEINBERG, NUTTER & BRENT
2 LAW CORPORATION
  23801 CALABASAS ROAD, SUITE 2031
3 CALABASAS, CALIFORNIA 91302
  TELEPHONE (818) 876-8535; (310) 451-9714
4 FACSIMILE (818) 876-8536; (310) 451-0929

5

6

7 *Attorneys For*: Debtor and Debtor-In-Possession, Colonial Yacht Anchorage, Inc.

8          UNITED STATES BANKRUPTCY COURT

9          CENTAL DISTRICT OF CALIFORNIA

10              LOS ANGELES DIVISION

11

12 In re:                              )  Case No.2:11-bk- 46267 RN
                                       )  Chapter 11
13 Colonial Yacht Anchorage, Inc.      )
                                       )  Adv. No.:
14                                     )
           Debtor and                  )  NOTICE OF REMOVAL AND
15         Debtor-in-Possession.       )  VERIFIED APPLICATION FOR
                                       )  REMOVAL OF STATE COURT CIVIL
16 ─────────────────────────────────  )  ACTION IN ACCORDANCE WITH
                                       )  BANKRUPTCY RULE 9027 AND 28
17 City of Los Angeles                 )  U.S.C. §1452
                                       )
18         Plaintiff,                  )
                                       )  [No Hearing Scheduled or Required]
19 v.                                  )
                                       )
20 Colonial Yacht Anchorage, Inc.      )
                                       )
21         Defendant.                  )
                                       )
22 ─────────────────────────────────  )

23    TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE

24 UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES.

25    Colonial Yacht Anchorage, Inc., Debtor and Debtor-in-Possession, applies in

26 accordance with Bankruptcy Rule 9027 for removal of a State Court Action pending before the

27 Superior Court of California for the County of Los Angeles, and respectfully represents:

28

1.      Colonial Yacht Anchorage, Inc. (hereinafter "Debtor") filed a voluntary Chapter 11 petition under the United States Bankruptcy Code on August 25, 2011, commencing its reorganization case ("Chapter 11 case"), which is pending before the United States Bankruptcy Court for the Central District of California , San Fernando Valley Division. The case is designated as Case No. 2:11-bk- 46267 RN.

2.      At the time of the commencement of Debtor's Chapter 11 case, a State Court Civil Action (hereinafter collectively "State Court Action") entitled City of Los Angeles v. Colonial Yacht Anchorage, Inc.("Complaint") was pending before the Superior Court of California for the County of Los Angeles. State Court Action is designated as Case No. BC 462183. The State Court Action, until the filing of this Application and the filing of a copy of this Application with the Superior Court, was still pending before the Superior Court of the County of Los Angeles.

3.      This Application is accompanied by a copy of all "pleadings" in the State Court Action as the term "pleadings" is defined by Rule 7 of the Federal Rules of Civil Procedure and incorporated in Federal Rule of Bankruptcy Procedure 7007. Copies of said pleadings will be filed contemporaneously with the filing of this Application. Pursuant to LBR 9027 copies of all other papers on file in the State Court Civil Action will be timely filed.

4.      The State Court Action is a civil action other than a proceeding before the United States Tax Court and is not a civil action by a governmental unit to enforce such governmental unit's policy or regulatory power. The State Court Action was initiated prior to the commencement of Debtor's Chapter 11 case.

5.      The State Court Action is a civil proceeding related to the Chapter 11 case. The Bankruptcy Court, pursuant to the general reference with respect to title 11 cases under 28 U.S.C. §157(a), has jurisdiction of each and every cause of action under 28 U.S.C. §1334. The causes of action asserted in the State Court Action consist of claims against the Debtor's Chapter 11 Estate and property of the Estate under 11 U.S.C. §541. Resolution of the claims asserted in the State Court Action will significantly affect the administration of the Estate and affect matters concerning the same.

2

1        6.    This Application is filed less than ninety (90) days after the Order For Relief

2    in the Debtor's Chapter 11 case.  As stated above, the State Court Action was pending when

3    the Chapter 11 was commenced.  Each cause of action in the State Court Action is related to

4    the Debtor's Chapter 11 case.  Removal of each cause of action from the State Court to the

5    Bankruptcy Court is authorized by 28 U.S.C. §§1452, 1334, and 157 and is in accordance with

6    Bankruptcy Rule 9027 and Local Bankruptcy Rule 9027-1.

7        7.    The proceeding is a core proceeding and the party filing this Notice consents to

8    the entry of final orders by the bankruptcy judge.

9        WHEREFORE, the Debtor applies for removal of each and every cause of action in the

10   State Court Action to the United States Bankruptcy Court for the Central  District of

11   California.

12                        STEINBERG, NUTTER & BRENT,
                      LAW CORPORATION

13

14   Dated: September _____, 2011    /s/ Paul M. Brent
                      PAUL M. BRENT, Attorney for Debtor

15                        and Debtor-In-Possession, Colonial Yacht
                     Anchorage, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**VERIFICATION**

2      I, Paul M. Brent, attorney on behalf of Colonial Yacht Anchorage, Inc., Debtor and

3   Debtor-in-Possession herein, declare under penalty of perjury that all statements made in the

4   foregoing application removing the State Court Action to the United States Bankruptcy Court

5   for the Central District of California, are true and correct to the best of my knowledge,

6   information and belief.

7      The terms used in this verification have the same meaning as in the foregoing

8   application.

9      Executed this _____ day of September, 2011, at Calabasas, California.

10

11                                  _____ /s/ Paul M. Brent _____
                                    PAUL M. BRENT, Declarant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## PROOF OF SERVICE

I, Paul M. Brent, , am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action.  My business address is
Steinberg Nutter & Brent
23801 Calabasas Rd. #2031
Calabasas, CA 91302

The foregoing document described as

**FILING OF INITIAL PLEADINGS ACCOMPANYING VERIFIED APPLICATION FOR REMOVAL OF STATE COURT CIVIL ACTION IN ACCORDANCE WITH BANKRUPTCY RULE 9027 AND 28 U.S.C. $1452;**

**And**

**VERIFIED APPLICATION FOR REMOVAL OF STATE COURT CIVIL ACTION IN ACCORDANCE WITH BANKRUPTCY RULE 9027 AND 28 U.S.C. $1452**

was served in the manner indicated below:

- I.**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document.  On September 19, 2011  , I checked the CM/ECF docket for this bankruptcy case and determined that at least the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:
-
- Paul M Brent    snb300@aol.com
- Russell Clementson    russell.clementson@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

**Manual Notice List**

II.(By Mail or personal service)  I served the following
person(s) and/or entity(ies) at the last known address(es)
in this bankruptcy case or adversary proceeding by placing
a true and correct copy thereof in a sealed envelope in the
United States Mail, first class, postage prepaid, and/or
with an overnight mail service addressed as follows.
Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24
hours after the document is filed. Executed on **September 19,
2011** at Los Angeles, California.

**Judge**
Honorable R. Neiter
United States Bankruptcy Court - Central District of
California
255 E. Temple #1652
Los Angeles, CA 90012 (personal service)

Janet A Karkanen
425 south Palos Verdes Street 5th floor
Los Angeles, CA 90731 (by mail)

I declare under penalty of perjury under the laws of
the United States of America that the foregoing is true and
correct.

9/ 19 /2011 ___    /s/ P. M. Brent

FORM B104 (08/07)                                                                          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>City of Los Angeles | DEFENDANTS<br>Colonial Yacht Anchorage, Inc |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known)<br>P. M. Brent<br>Steinberg Nutter & Brent, Law Corp 23801 Calabasas Rd. #2031 |
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Removed Cause of Action FRBP 9027

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability – §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought
Removed Cause of Action

FORM B104 (08/07), page 2                                            2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | | BANKRUPTCY CASE NO. |
|---|---|---|
| Colonial Yacht Anchorage, Inc | | 2:11-bk-46267RN |
| **DISTRICT IN WHICH CASE IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| Central | Downtown | Neiter |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| | | |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| | |
| **DATE** | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** |
| 9/19/11 | P. M. Brent |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Paul M. Brent #125976
Steinberg Nutter & Brent, Law Corp.
23801 Calabasas Rd. #2031
Calabasas, CA 91302
818 876 8535 (t)
818 876 8536 (f)

*Attorney for Plaintiff* Colonial Yacht Anchorage, Inc

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Colonial Yacht Anchorage, Inc

Debtor.

CHAPTER 11

CASE NUMBER 2:11-bk-46267 RN

ADVERSARY NUMBER

City of Los Angeles

Plaintiff(s),

vs.

Colonial Yacht Anchorage, Inc.

Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

## SUMMONS AND NOTICE OF
## STATUS CONFERENCE

CITY OF LOS ANGELES    Colonial Yacht Anchorage, Inc

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ❑  255 East Temple Street, Los Angeles | | ❑  411 West Fourth Street, Santa Ana | |
| ❑  21041 Burbank Boulevard, Woodland Hills | | ❑  1415 State Street, Santa Barbara | |
| ❑  3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____

*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2010 (COA-SA)*

F 7004-1

Summons and Notice of Status Conference  - *Page 2*          **F 7004-1**

| In re<br>Colonial Yacht Anchorage, Inc | (SHORT TITLE) | Debtor(s). | CASE NO.: 2:11-bk-46267 RN |
|---|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)          **F 7004-1**