# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>City Of Los Angeles<br><br>**Defendant**<br><br>Colonial Yacht Anchorage, Inc. | **FILED**<br><br>**April 18, 2012**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY PRJ DEPUTY CLERK |
| **Chapter:** 11<br><br>**Case Number:** 2:11–bk–46267–RN<br><br>**Adversary Number:** 2:11–ap–02788–RN | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated:* 4/18/12

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

12/ PRJ